# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

　　　　　　　　v.　　　　　　　　　　　　　Crim. No. 5:12-CR-383-1FL

**BRANDON JAMES PEGUESE**

　　　　On January 19, 2012, the above named was placed on a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,　　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffrey L. Keller　　　　　　　　　　　　　/s/Maurice J. Foy
Jeffrey L. Keller　　　　　　　　　　　　　　Maurice J. Foy
Supervising U.S. Probation Officer　　　　　　Sr. U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8678
　　　　　　　　　　　　　　　　　　　　　　Executed On: March 4, 2015

## ORDER OF COURT

　　　　Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

　　　　Dated this __6th__ day of __March__, 2015.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Louise W. Flanagan
　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge